# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-50674
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 9, 2020

Lyle W. Cayce
Clerk

PICNIK HOLDINGS, L.L.C.,

Plaintiff - Appellant Cross-Appellee

v.

BENTO PICNIC, L.L.C.; LEANNE VALENTI,

Defendants - Appellees Cross-Appellants

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-897

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.